1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  RON HOWARD, JR.,                          1:06-CV-0058 AWI WMW HC

10            Petitioner,

11       vs.                                 ORDER TO SUBMIT
                                             APPLICATION TO PROCEED
12 JEANNE WOODFORD,                          IN FORMA PAUPERIS
                                             **OR** FILING FEE
13            Respondent.
   _____/

14

15          Petitioner is a state prisoner proceeding pro se in an application for a writ of habeas

16 corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the $5.00 filing fee, or submitted an

17 application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

18 Accordingly, IT IS HEREBY ORDERED that:

19          1. The Clerk's Office shall send to petitioner the form for application to proceed in forma

20 pauperis.

21          2.  Within thirty days of the date of service of this order, petitioner shall submit a

22 completed application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee for this

23 action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

24 IT IS SO ORDERED.

25 **Dated:    March 6, 2006**            _____/s/  **William M. Wunderlich**_____
   bl0dc4                               UNITED STATES MAGISTRATE JUDGE

26

27

28