1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RON HOWARD, JR.,

11            Petitioner,                        1:06-CV-0058 ALA HC

12        vs.

13   JEANNE WOODFORD,

14            Respondent.                 ORDER

15   _____/

16        Respondent has filed an answer to the petition.  Petitioner Ron Howard, Jr., is directed to

17   file a traverse.

18        Therefore, IT IS HEREBY ORDERED that Petitioner file a traverse within thirty-five

19   (35) days of the date of this order.

20   /////

21   DATED: December 21, 2007

22

23                                     /s/ Arthur L. Alarcón
                                       UNITED STATES CIRCUIT JUDGE
24                                     Sitting by Designation

25

26

                                           1