IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON HOWARD, JR.,

      Petitioner,                           1:06-CV-0058 ALA HC

      vs.

JEANNE WOODFORD,

      Respondent.                <u>ORDER</u>

_____/

      Petitioner Ron Howard, Jr., is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 21, 2007, this court ordered petitioner to file a traverse. On February 20, 2008, petitioner notified the court that he was unable to comply with the court's December 21, 2007, order because he had not received respondent's May 15, 2007, answer. As such, respondent will be ordered to serve a copy of the May 15, 2007, answer on the petitioner.

      Therefore, IT IS HEREBY ORDERED that:

          1. Respondent shall serve petitioner with a copy of the May 15, 2007, answer within twenty-eight (28) days of the date of this order; and

          2. Petitioner shall file a traverse within fifty-six (56) days of the date of this order.

1  /////

2  DATED: February 22, 2008

3                                              /s/ Arthur L. Alarcón
                                               UNITED STATES CIRCUIT JUDGE
4                                              Sitting by Designation