IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON HOWARD, JR.,

    Petitioner,                      Case No. 1:06-cv-00058 ALA HC

    vs.

JEANNE WOODFORD,

    Respondent.                    <u>ORDER</u>

_____/

////

////

        The Petitioner is proceeding *pro se* and *in forma pauperis* with an application for a writ of habeas corpus under 28 U.S.C. § 2254. Under the AEDPA, a federal court must evaluate a claim pursuant to § 2254 by evaluating the last reasoned state court decision. *Shackleford v. Hubbard*, 234 F.3d 1072, 1079 n.2 (9th Cir. 2000) (citing *Ylst v. Nunnemaker*, 501 U.S. 797, 803-04 (1991). Neither party provided the Court with the decisions of either the California Superior Court or the California Supreme Court.

////

////

////

Respondent is ORDERED to:

    1. Provide the Court with the decisions of the California Supreme Court and the California Superior Court, and the corresponding records on or before June 29, 2008.

/////

DATED: June 13, 2008

                                       /s/ Arthur L. Alarcón
                                       UNITED STATES CIRCUIT JUDGE
                                       Sitting by Designation