IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON HOWARD, JR.,

    Petitioner,                    Case No. 1:06-cv-00058 ALA HC

    vs.

JEANNE WOODFORD,

    Respondent.                   <u>ORDER</u>

_____/

       Petitioner Ron Howard, Jr., is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Under AEDPA, a federal court must evaluate a claim pursuant to the last reasoned state court decision. *Shackleford v. Hubbard*, 234 F.3d 1072, 1079 n.2 (9th Cir. 2000) (citing *Ylst v. Nunnemaker*, 501 U.S. 797, 803-04 (1991)).

       On June 13, 2008, this court ordered respondent to provide the court with the California Superior Court order denying petitioner's application for a writ of habeas corpus, and the corresponding records, on or before June 29, 2008. On June 30, 2008, respondent filed a response to the court's order, but did not include the California Superior Court's order denying

1

1  petitioner's application for a writ of habeas corpus.  Respondent stated that petitioner failed to
2  identify the county Superior Court in which petitioner sought relief.
3      Petitioner was convicted in Fresno County Superior Court on March 20, 2000, case no.
4  62830-9.  Petitioner is currently incarcerated at Pleasant Valley State Prison, Coalinga,
5  California.  The California Court of Appeal denied petitioner's habeas petition filed in that
6  court's case no. F048052.  With this information, respondent should have no problem locating
7  the California Superior Court order.  Respondent is again ordered to so.
8      THEREFORE, respondent is ordered to show cause, on or before August 28, 2008, as to
9  why it has yet to comply with the court's June 13, 2008 order requesting a copy of the Superior
10 Court's decision.
11 /////
12 DATED: August 21, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

2